| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION | |
| Case number *(if known)* | Chapter __11__ |

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **MM Capital NY Owner LLC** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-4952299** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**317 W 82nd St**<br>**Apt 2B**<br>**New York, NY 10024-5320**<br>Number, Street, City, State & ZIP Code<br><br>**New York**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>**141 Chrystie St New York, NY 10002-2810**<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: | |

Debtor    **MM Capital NY Owner LLC**
_____
Name

Case number (*if known*) _____

7. **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    5313

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☒ No

☐ Yes.

Debtor _____ Relationship _____

District _____ When _____ Case number, if known _____

Debtor   **MM Capital NY Owner LLC**
Name

Case number (*if known*) _____

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | **MM Capital NY Owner LLC** | | Case number (*if known*) | |
| | Name | | | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 27, 2018**
                        MM / DD / YYYY

X _____            **Hannah Rademaker**
Signature of authorized representative of debtor        Printed name

Title    **Manager**

**18. Signature of attorney**

X _____            Date **March 27, 2018**
Signature of attorney for debtor                               MM / DD / YYYY

**Kevin J. Nash**
Printed name

**Goldberg Weprin Finkel Goldstein LLP**
Firm name

**1501 Broadway 22nd Floor**
**New York, NY 10036**
Number, Street, City, State & ZIP Code

Contact phone    **(212) 221-5700**        Email address    **knash@gwfglaw.com**

**Kevin J. Nash**
Bar number and State

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                              Chapter 11

MM Capital NY Owner LLC,                                            Case No.

                            Debtor.

------------------------------------------------------------x

## DEBTOR'S DECLARATION
## PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK  )

Hannah Rademaker declares the following pursuant to 28 U.S.C. § 1746:

1.      I am the manager of MM Capital NY Owner LLC (the "Debtor").  I submit this Declaration in accordance with Local Bankruptcy Rule 1007-2 in support of the Debtor's filing of a voluntary petition ("Petition") under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2.      The Debtor is the assignee and current purchaser under a certain contract of sale, dated as of July 24, 2017, as amended (the "Contract"), to purchase real property located at 141 Chrystie Street, New York, New York (the "Property") from 141 Chrystie Street Corp. (the "Seller") for a total current purchase price of $11,200,000, including total deposits of $300,000 (collectively, the "Deposit") and an increase of $200,000 to the sales price as part of an earlier extension.

3.      The Contract is essential to an intended mixed-use residential and commercial development (the "Project") involving adjoining parcels in the Bowery section of Manhattan, involving a total Project cost of $45.0 million.  Affiliates of the Debtor already own the property 171 Bowery which is adjacent to the Property under contract.   The two properties

are intended be merged to form a single tax lot in order to complete the development and transfer approximately 4,000 square feet of available FAR (Floor Area Ratio).

4.      The Project cannot be completed without a closing on the Contract and acquisition of the Property. The Debtor and its predecessor have already incurred substantial costs and expenses in contemplation of completion of the acquisition, including payment of prior extension fees totaling $125,000.

5.      Unfortunately, while the time to close on the Contract has been extended on various occasions, and currently expires on March 28, 2018 (time of the essence), the Debtor still needs additional time to complete its financing and equity raise.

6.      The Debtor was informed by the Seller on March 26, 2018, that the Seller will not consent to a further extension of the time to close. This refusal now necessitates this emergency filing to prevent the termination of the Contract by the Seller and forfeiture of all rights thereunder.

7.      The Debtor remains absolutely committed to proceeding with a prompt closing, and believes that the bankruptcy filing will gain the Debtor the necessary additional time of sixty (60) days to close, as provided under 11 U.S.C. Section 108(b).

8.      Within the next sixty (60) days, if not sooner, the Debtor has every intention to close and obtain the benefit of the Contract.

9.      The Chapter 11 filing constitutes a proper use of the Bankruptcy Code. *See*, *In re Walden Ridge Development LLC*, 292 B.R. 58 (Bankr. NJ 2003); *In re New Breed Realty Enterprises, Inc.*, 278 B.R. 314 (Bankr. EDNY 2002); and *In re Empire Equities Capital Corp.*, 405 B.R. 687 (Bankr. SDNY 2009), which recognize the availability of the sixty (60) day extension under 11 U.S.C. §108(b) to real estate transactions.

2

### Assets and Capital Structure

10.     Pursuant to Bankruptcy Rule 1007(d), a list containing the names and addresses of the creditors holding the twenty (20) largest unsecured claims against the Debtor is attached to the Petition.  The Debtor has no secured creditors.

11.     The Debtor's assets consist of the Contract, its related development rights thereunder and its rights to the Deposit.

12.     All of the Debtor's books and records are maintained at 317 West 82nd Street, Apt. 2B, New York, NY 10024.

Dated: New York, New York
       March 27, 2018

Hannah Rademaker

3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                          Chapter 11

MM Capital NY Owner LLC,                                          Case No.

                                        Debtor.

-----------------------------------------------------------x

## LIMITED LIABILITY COMPANY RESOLUTION

At a special meeting of members of MM Capital NY Owner LLC (the "Company")

held on March 27, 2018 and upon the unanimous consent of the members after motion duly made

and carried, it was:

> **RESOLVED**, that the Company is authorized to execute and file a bankruptcy petition under Chapter 11 of the United States Bankruptcy Code and to cause the prosecution thereof; and it is further

> **RESOLVED**, that the Company is authorized to retain the law firm of GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP, as bankruptcy counsel for the purpose of filing and prosecuting the Chapter 11 petition on its behalf.

Dated:  New York, New York
        March 27, 2018

MM Capital NY Owner LLC

By:  _____
     Name:  Hannah Rademaker
     Title:    Manager

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                            Chapter 11

MM Capital NY Owner LLC,                Case No.

                             Debtor.
-------------------------------------------------------------x

## RULE 7.1 CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, MM Capital NY Owner LLC
certifies that it is a private non-governmental party, and has no corporate parent, affiliates
and/or subsidiaries which are publicly held.

Dated: New York, New York
       March 27, 2018

                        MM Capital NY Owner LLC

                  By:                               
                            Name: Hannah Rademaker
                            Title:  Manager

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re:                                                          Chapter 11

MM Capital NY Owner LLC,                                         Case No.

                                    Debtor.
--------------------------------------------------------------x

### LIST OF EQUITY HOLDERS


Chrystie Street Trust   100%
David Smith, Trustee


Dated: New York, New York
       March 27, 2018


MM Capital NY Owner LLC


By:   _____
Name:  Hannah Rademaker
Title:   Manager

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | MM Capital NY Owner LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 141 Chrystie Street Corp. c/o George Roth, Esq. 14104 73rd Ter Flushing, NY 11367-2307 | | Balance of contract price | Contingent | | | $10,900,000.00 |
| Churchill Real Estate Holdings 7 Mercer St Fl 2 New York, NY 10013-2585 | | Loan | | | | $60,000.00 |
| Dan Bernstien KBA 277 Broadway New York, NY 10007-2002 | | Services | | | | $10,000.00 |
| David Forbes 317 W 82nd St Apt 2B New York, NY 10024-5320 | | Services | | | | $20,000.00 |
| Emerald Creek Capital 575 Lexington Ave Fl 31 New York, NY 10022-6111 | | Loan | | | | $50,000.00 |
| Hannah Rademaker 171 Bowery New York, NY 10002-2866 | | Services | | | | $35,000.00 |

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor   **MM Capital NY Owner LLC**                                    Case number (if known)
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346 | | Taxes | Unliquidated Disputed | | | $0.00 |
| Joe Meerbaum Lionsgate Finance 555 5th Ave New York, NY 10017-2416 | | Brokerage Commission | Unliquidated | | | $50,000.00 |
| NYC Dep't of Finance Legal Affairs 345 Adams St Fl 3 Brooklyn, NY 11201-3719 | | Taxes | Unliquidated Disputed | | | $0.00 |
| NYS Dep't of Taxation Bankruptcy/Special Procedure PO Box 5300 Albany, NY 12205-0300 | | Taxes | Unliquidated Disputed | | | $0.00 |
| OTL Angelo Cosentini 58 Thomas St Ph 1 New York, NY 10013-3861 | | Services | | | | $30,000.00 |
| Paul Popkin 373 Broadway # M1 New York, NY 10013-3926 | | Brokerage Commission | Unliquidated | | | $393,000.00 |
| Raad Architects 5 White St # 4B New York, NY 10013-2471 | | Services | Disputed | | | $10,000.00 |
| Rosenberg & Estis 733 3rd Ave New York, NY 10017-3204 | | Legal | Disputed | | | $8,430.00 |

Fill in this information to identify the case:

Debtor name    **MM Capital NY Owner LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑    *Schedule H: Codebtors* (Official Form 206H)

☑    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended Schedule _____

☑    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 27, 2018**          X _____
                                             Signature of individual signing on behalf of debtor

                                             **Hannah Rademaker**
                                             Printed name

                                             **Manager**
                                             Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    **MM Capital NY Owner LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

   ☒ No. Go to Part 2.
   ☐ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ☒ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

   7.1.   **Downpayment on contract - released to Seller, 141 Chrystie Street Corp.**      $300,000.00

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.   **Total of Part 2.**      $300,000.00
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

   ☒ No. Go to Part 4.
   ☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. Does the debtor own any investments?

   ☒ No. Go to Part 5.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor  **MM Capital NY Owner LLC**
_____   Case number *(If known)* _____
Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Contract to purchase real property at 141 Chrystie Street, NY NY** | | $11,200,000.00 | Contract Price | $11,200,000.00 |

**56.    Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $11,200,000.00 |
|---|

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor    **MM Capital NY Owner LLC**                         Case number *(If known)* _____
               Name

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor    **MM Capital NY Owner LLC**                                    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $300,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................> | | $11,200,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $300,000.00 | + 91b. $11,200,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,500,000.00 |

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **MM Capital NY Owner LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION |
| Case number (if known) | |

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Fill in this information to identify the case:

Debtor name    **MM Capital NY Owner LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | **$0.00** | **$0.00** |

Date or dates debt was incurred _____

Basis for the claim:
**For notice purposes**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address<br>**NYC Dept of Finance**<br>**Legal Affairs**<br>**345 Adams St Fl 3**<br>**Brooklyn, NY 11201-3719** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | **$0.00** | **$0.00** |

Date or dates debt was incurred _____

Basis for the claim:
**For notice purposes**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

| Debtor | **MM Capital NY Owner LLC** | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**NYS Dep't of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205-0300**

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes**

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,900,000.00 |
|---|---|---|---|

**141 Chrystie Street Corp.
c/o George Roth, Esq.
14104 73rd Ter
Flushing, NY 11367-2307**

- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:   **Balance due on contract**

Last 4 digits of account number _

Is the claim subject to offset?  [x] No  [ ] Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,000.00 |
|---|---|---|---|

**Churchill Real Estate Holdings**

**7 Mercer St Fl 2
New York, NY 10013-2585**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:   **Loans**

Last 4 digits of account number _

Is the claim subject to offset?  [x] No  [ ] Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Dan Bernstien KBA**

**277 Broadway
New York, NY 10007-2002**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:   **Services**

Last 4 digits of account number _

Is the claim subject to offset?  [x] No  [ ] Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**David Forbes**

**317 W 82nd St Apt 2B
New York, NY 10024-5320**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:   **Services**

Last 4 digits of account number _

Is the claim subject to offset?  [x] No  [ ] Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Emerald Creek Capital**

**575 Lexington Ave Fl 31
New York, NY 10022-6111**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:   **Loans**

Last 4 digits of account number _

Is the claim subject to offset?  [x] No  [ ] Yes

| Debtor | **MM Capital NY Owner LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00**

**Hannah Rademaker**

171 Bowery
New York, NY 10002-2866

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

**Joe Meerbaum Lionsgate Finance**

555 5th Ave
New York, NY 10017-2416

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00**

**OTL Angelo Cosentini**

58 Thomas St Ph 1
New York, NY 10013-3861

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$393,000.00**

**Paul Popkin**

373 Broadway # M1
New York, NY 10013-3926

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00**

**Raad Architects**

5 White St # 4B
New York, NY 10013-2471

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Services

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,430.00**

**Rosenberg & Estis**

733 3rd Ave
New York, NY 10017-3204

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Services

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **MM Capital NY Owner LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **New York City Department of Law**<br>**Attn: Hugh Shull, Esq.**<br>**100 Church St Ofc**<br>**New York, NY 10007-2601** | Line _2.2_<br>☐ Not listed. Explain ____ | __ |

---

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts | |
|---|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | | 5b. + | $ | 11,566,430.00 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | | 5c. | $ | 11,566,430.00 |

| Fill in this information to identify the case: |
| --- |
| Debtor name    **MM Capital NY Owner LLC** |
| United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION |
| Case number (if known)    _____ |

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Contract to purchase real property at 141 Chrystie Street, New York, NY** | |
| --- | --- | --- | --- |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **141 Chrystie Street Corp.** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **MM Capital NY Owner LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 _____ | _____ Street<br>_____<br>_____ City  State  Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | _____ Street<br>_____<br>_____ City  State  Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | _____ Street<br>_____<br>_____ City  State  Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | _____ Street<br>_____<br>_____ City  State  Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case:

Debtor name    **MM Capital NY Owner LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:    Summary of Assets**

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................................    $ ___11,200,000.00___

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................    $ ___300,000.00___

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................    $ ___11,500,000.00___

**Part 2:    Summary of Liabilities**

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*....................................    $ ___0.00___

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................    $ ___0.00___

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$ ___11,566,430.00___

4.  **Total liabilities** ..................................................................................................
    Lines 2 + 3a + 3b    $ ___11,566,430.00___

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**United States Bankruptcy Court**
**Southern District of New York, Manhattan Division**

IN RE:                                                                    Case No. _____

<u>MM Capital NY Owner LLC</u> _____          Chapter <u>11</u> _____
                    Debtor(s)

### VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: <u>March 27, 2018</u> _____          Signature: _____

                                             **Hannah Rademaker, Manager**
                                                                              Debtor


Date: _____          Signature: _____

                                                                    Joint Debtor, if any

© 2018 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

141 Chrystie Street Corp.
c/o George Roth, Esq.
14104 73rd Ter
Flushing, NY  11367-2307


Churchill Real Estate Holdings
7 Mercer St Fl 2
New York, NY  10013-2585


Dan Bernstien KBA
277 Broadway
New York, NY  10007-2002


David Forbes
317 W 82nd St Apt 2B
New York, NY  10024-5320


Emerald Creek Capital
575 Lexington Ave Fl 31
New York, NY  10022-6111


Hannah Rademaker
171 Bowery
New York, NY  10002-2866


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA  19101-7346

Joe Meerbaum Lionsgate Finance
555 5th Ave
New York, NY  10017-2416


New York City Department of Law
Attn: Hugh Shull, Esq.
100 Church St Ofc
New York, NY  10007-2601


NYC Dep't of Finance
Legal Affairs
345 Adams St Fl 3
Brooklyn, NY  11201-3719


NYS Dep't of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY  12205-0300


OTL Angelo Cosentini
58 Thomas St Ph 1
New York, NY  10013-3861


Paul Popkin
373 Broadway # M1
New York, NY  10013-3926


Raad Architects
5 White St # 4B
New York, NY  10013-2471

```
Rosenberg & Estis
733 3rd Ave
New York, NY  10017-3204
```